# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>EMANUEL WOLFE,<br><br>          Defendant. | Case No. 20-CR-133-JPS<br><br>**ORDER** |

  On November 19, 2020, the parties appeared via telephone for a status hearing at which the government requested that the Court make a finding as to excludable time under the Speedy Trial Act, 18 U.S.C. § 3161. (Docket #10).

  Toward that end, the Court finds that the deepening breadth, depth, and trajectory of the COVID-19 pandemic presents life threatening medical challenges to the parties, attorneys, court staff, and community. Thus, until such time as a safe and effective vaccine has been approved and administered to those appearing in-person in this branch of the Court, all trial dates will be continued. Accordingly, the Court will exclude the period from the date of this Order to the plea agreement deadline set in this case for February 1, 2021 from the Speedy Trial Act calculation. (*Id.*) The Court finds that such a continuance serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

Accordingly,

**IT IS ORDERED** that the time from the date of this Order through February 1, 2021 be and the same is hereby excluded from any Speedy Trial Act calculation.

Dated at Milwaukee, Wisconsin, this 2nd day of December, 2020.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge