# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>EMANUEL WOLFE,<br><br>                    Defendant. | Case No. 20-CR-133-JPS<br><br>**ORDER** |

On July 28, 2020, the grand jury returned an indictment charging, Defendant with violating 18 U.S.C. § 922(b)(1). ECF No. 1. On June 15, 2021, the Government filed an information, charging Defendant with violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 9234(c)(1)(A)(i). ECF No. 15. On February 8, 2022, the Government filed a second information, charging Defendant with violating 18 U.S.C. §§ 922(o)(1), 924(a)(2) and 3147(a). ECF No. 27. On June 15, 2021, the parties filed a plea agreement, indicating that Defendant has agreed to plead guilty to Count One of the Indictment and Counts One and Two of the Information, ECF No. 16; on January 27, 2022, the parties filed an addendum to the plea, indicating that Defendant has agreed to plead guilty to Count One of the second information, ECF No. 25.

The parties appeared before Magistrate Judge William E. Duffin on February 8, 2022 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 29. Defendant entered a plea of guilty as to Count One of the Indictment, Counts One and Two of the Information, and Count One of the second information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects

mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

On February 9, 2022, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 29, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 1st day of April, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge